ORDER:
Motion granted.

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES RAY CHRISTY #225457,<br>　　　　Plaintiff,<br>v.<br><br>TENNESSEE DEPARTMENT OF<br>CORRECTION, et al.,<br>　　　　Defendants. | )<br>)<br>)　No. 1:18-cv-00008<br>)　Judge Campbell<br>)　Magistrate Judge Frensley<br>)<br>)<br>)<br>) |

### DEFENDANT WILLIAMS' REQUEST FOR LEAVE TO DEPOSE THE PLAINTIFF

Pursuant to Fed. R. Civ. P. 30(a)(2)((B), Defendant Williams respectfully seek leave of the Court to depose the Plaintiff, James Ray Christy, an incarcerated inmate, in person, by telephone or by video conference, before a notary public, at a time and place convenient to the prison authorities housing him.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ Pamela S. Lorch
PAMELA S. LORCH BPR 8968
Senior Assistant Attorney General
Attorney General's Office
PO Box 20207
Nashville, TN  37202
(615) 532-2549